JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY T. WHITE, JR.,<br><br>                Plaintiff,<br><br>                v.<br><br>JOHN DOE NO. 1, et al.,<br><br>                Defendants. | Case No. 2:20-11089 JFW (ADS)<br><br><br>JUDGMENT |

     Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 5, 2021

                                        THE HONORABLE JOHN F. WALTER
                                        United States District Judge